**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter   7

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | NF Demolition, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-3805867 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 116 N. Chicago St.<br>Suite 300<br>Joliet, IL 60432<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Will<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   www.nfdemo.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **NF Demolition, Inc.**
_____
Name

Case number (*if known*) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ■ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  **NF Demolition, Inc.** _____ Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  NF Demolition, Inc. _____  Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2018
MM / DD / YYYY

X _[signature]_____    Nicholas Fratantion
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X _[signature]_____    Date  04/19/2018
Signature of attorney for debtor    MM / DD / YYYY

**David K. Welch 06183621**
Printed name

**Burke, Warren, MacKay & Serritella, P.C.**
Firm name

**330 N. Wabash**
**21st Floor**
**Chicago, IL 60611**
Number, Street, City, State & ZIP Code

Contact phone  312-840-7122    Email address  dwelch@burkelaw.com

**06183621 IL**
Bar number and State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# United States Bankruptcy Court
## Northern District of Illinois

In re: __NF Demolition, Inc.__                                      Case No. _____
                              Debtor(s)                              Chapter __7__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __114__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __4-17-18__                    _____
                                     Nicholas Fratantion/President
                                     Signer/Title

```
Airgas North central
9100 47th St.
Brookfield, IL 60513


Alliance Enviornmental Control
PO Box 5230
Lansing, IL 60438


American Dream Landscape Inc.
10636 S. LeClair Ave.
Oak Lawn, IL 60453


American Express
PO Box 297879
Fort Lauderdale, FL 33329


Antigo Construction Inc.
PO Box 12
2520 N/ Claremont
Antigo, WI 54409


Applied Underwriters
10805 Old Mill Rd.
Omaha, NE 68154


AT&T
PO Box 6463
Carol Stream, IL 60197


B&T Underground, Inc.
PO Box 1159
Riverside, IL 60546


B&W Truck Repari
3701 S. Iron St.
Chicago, IL 60609


Beaver Oil Co. Inc.
6037 Lenzi Ave.
La Grange, IL 60525


Black Dog Petroleum
2305 Enterprise Dr.
Westchester, IL 60154
```

Blue Cross Blue Shield of Illinois
Health Care Services Corp.
25550 Network Place
Chicago, IL 60673-1255


Bridges Excavating
15505 S. Cicero Ave. Unit 1 D
Oak Forest, IL 60452


Bristol Hose & Fittings
1 W. Lake St.
Northlake, IL 60164


Bristol Transport & Towing
311 W. Lake St.
Northlake, IL 60164


Capital One Po Box 6492
Carol Stream, IL 60197


Cat Financial
75 Remittance Dr., Dept 3173
Chicago, IL 60675


Ceres Solutions
PO Box 432
Crawfordsville, IN 47933


Christafano Equipment
9643 S. Harlem Ave.
Chicago Ridge, IL 60415


CNA Surety
PO Box 957312
Saint Louis, MO 63195


CNH Industrial
PO Box 78004, Dept 18
Phoenix, AZ 85062


Communication Unlimited
300 N. Odgen Ave.
Chicago, IL 60607

Cost Per Copy
942 Turett Ct.
Mundelein, IL 60060


Crum & Forster/IPFS Corporation
305 Madison Ave.
Morristown, NJ 07960


Crum-Halsted Insurance
2300 Bethany Road
Sycamore, IL 60178


D&B Fabricators & Distributors
16w050 Jeans Rd
Lemont, IL 60439


DeLage Landen
PO Box 41602
Philadelphia, PA 19101


Donne Insurance Services, Inc.
PO Box 1129
Tinley Park, IL 60477


Driven Fence, Inc.
2000 Rubt St.
Melrose Park, IL 60160


Dupage County Public Works
PO Box 4751
Carolstream, IL 60517


Dura Bilt Fence Inc.
433 Dennison Ct.
Wheeling, IL 60090


Everlights
8027 N. Lawndale
Skokie, IL 60075


Field Services
8505 Mansfield
Burbank, IL 60459

First National Bank
PO Box 2818
Omaha, NE 68103


Ford Credit
PO Box 55000 Dept 194101
Detroit, MI 48255


GM Financial
PO Box 100
Buffalo, NY 14231


Hard Rock Concrete Cutters
601 Chadick Dr.
Wheeling, IL 60090


Herc Rentals
PO Box 650280
Dallas, TX 75265


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794


Illinois Dept of Employment Securit
33 S. State St., 10th Floor
Chicago, IL 60603


Illinois Dept of Revenue
100 W. Randolph St.
Legal SErvices M/C 7-900
Chicago, IL 60601


Illinois Tollway
PO Box 741
Milwaukee, WI 53201


Illinois Truck & Equipment
320 Briscoe Dr.
Morris, IL 60450


Indiana Laborers Fringe
Benefit Fund
PO Box 1587
Terre Haute, IN 47808

International Hauling & Excavating
14407 Boula Ave.
Lockport, IL 60441


J Ave Development
16430 New Ave.
Lemont, IL 60436


J&M Hauling
4960 N. Dresden Rd
Morris, IL 60450


JLL Construction Services
3401 S. Cicero Ave.
Cicero, IL 60804


JP General Construction Inc.
300 W. Golf Rd., Suite 207
Mount Prospect, IL 60056


Laborer's Pension & Welfare
11465 Cermak Rd.
Westchester, IL 60154


Lakeshore Recycling
3125 S. California Ave.
Chicago, IL 60608


Lerman Business Services, Inc.
3550 Hobson Rd., Suite 401
Woodridge, IL 60517


Lexus Financial /Toyota Financial
PO Box 15012
Chandler, AZ 85244-5012


Lindahl
622 E. Green St.
Bensenville, IL 60106


Local Union 103
6814 E. 21st Street
Indianapolis, IN 46219

```
M&J Cartage Co.
3124 S. 60th Ct.
Cicero, IL 60804


M&M Service Plumbing
3010 W. Division
Melrose Park, IL 60160


MacCallister
PO Box 1941
Indianapolis, IN 46206


Mansfield Oil
1025 Airport Parkway SW
Gainesville, GA 30501


MB Financial Bank NA
6111 N. Rivere Rd.
Rosemont, IL 60018


MB Financial Bank NA
6111 N. River Rd.
Rosemont, IL 60018


Mcann Industries
543 S Rohlwing Rd
Addison, IL 60101


Mercedez-Benz Financial Services
PO Box 5209
Carol Stream, IL 60197


Michigan Filter
3330 Dixie Hwy
Waterford, MI 48328


Mid Central Operating Engineers
1100 Poplar St.
PO Box 9605
Terre Haute, IN 47801


Midwest Crane Rental
112 Main St., Suite 10
Lemont, IL 60439
```

```
Midwest Crushing
7144 N. Harlem Ave.
Chicago, IL


Midwest Operating Engineers
6105 Joliet Rd.
Countryside, IL 60525


National Power Rodding
2500 W. Arthington St.
Chicago, IL 60612


Nicor Gas Division of Atlanta



Nicor Gas of Illinois
1844 W. Ferry Rd.
Naperville, IL 60563


Normandy Ventures
5920 Flagg Creek
Darien, IL 60561


Office Team/Robert Half
2 Mid America Plaza, #1000
Oakbrook Terrace, IL 60181


Oil Maxx
2364 Essington Rd, Unit 175
Joliet, IL 60435


Peoples Gas
PO Box 2968
Milwaukee, WI 53201


Personal Concepts
3200 E. Guasti Rd., #300
Ontario, CA 91761


Petromex
PO Box 693
Bedford Park, IL 60499
```

Pirtek
3440 S. Ashland Ave.
Chicago, IL 60608

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250

Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055

Premier Design & Build Group
1000 W. Irving Park Rd.
Suite 200
Itasca, IL 60143

Presto X
PO Box 13848
Reading, PA 19612

Quill Inc.
PO Box 37600
Philadelphia, PA 19101

Rapid Recovery
8932 W. Cactus Rd.
Peoria, AZ 85381

S.J. Smith
3707 W. River Drive
Davenport, IA 52802

Sprint
PO Box 629023
El Dorado Hills, CA 95762

Stacy Gilhart
273 Colonial Parkway
Vernon Hills, IL 60061

Stanley Consultants, Inc.
225 Iowa Ave.
Muscatine, IA 52761

Steves Equipment Service
1400 Powis Rd
West Chicago, IL 60185


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Sunset Sewer
PO Box 1954
Frankfort, IL 60423


Teamsters Local Union 786
300 S. Ashland Ave., suite 201
Chicago, IL 60607


Tecnica Environmental
16W066 Jeans Rd.
Lemont, IL 60439


Thompson Coburn LLP
55 East Monroe St., 37th Floor
Chicago, IL 60603


Tough Cuts Concrete
9503 Gulfstream Rd.
Frankfort, IL 60423


Toyota Financial
5005 N. RIver Blvd. N.E.
Cedar Rapids, IA 52411


Transport Finishes
1217 W. 171st St.
Hazel Crest, IL 60429


Truck Tire Express Inc.
1201 N. 31st Ave. Unit D
Melrose Park, IL 60160


Twinn Excavating & Trucking
3401 S. Cicero Ave.
Cicero, IL 60804

Two Men & A Truck
12002 Spaulding School Dr.
Plainfield, IL 60585


United Rentals
6125 Lakeview Rd., Suite 300
Charlotte, NC 28269


United States Treasury
219 S. Dearborn ST.
Chicago, IL 60604


Universal Security Company
17428 Queen Elizabeth Lane
Tinley Park, IL 60477


Village of Bensenville
12 S. Center Street
Bensenville, IL 60106


Village of Bolingbrook
375 W. Briarcliff Rd.
Bolingbrook, IL 60440


Village of Oak Park
123 Madison St.
Oak Park, IL 60302


Village of Oakbrook
1200 Oak Brook Road
Oak Brook, IL 60523


Village of River Grove
2621 N. Thatcher Ave.
River Grove, IL 60171


Village of Schiller Park
9526 West Irving Park Rd
Schiller Park, IL 60176


Vista Safety Consulting LLC
2131 Hammond Dr.
Schaumburg, IL 60173

```
Waste Management of Illinois
PO Box 4648
Carol Stream, IL 60197


Wilco Green
12152 S. Naperville/Plainfield Rd
Plainfield, IL 60585


Will County DOT
16841 W. Laraway Rd.
Joliet, IL 60433


Wisco
2200 N. Western Ave.
Chicago, IL 60647
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **NF Demolition, Inc.**      Case No. _____
                     Debtor(s)    Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NF Demolition, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_4-17-18_____            _/s/ David K. Welch_____
Date                                      David K. Welch 06183621
                                                Signature of Attorney or Litigant
                                                Counsel for   **NF Demolition, Inc.**
                                                **Burke, Warren, MacKay & Serritella, P.C.**
                                                **330 N. Wabash**
                                                **21st Floor**
                                                **Chicago, IL 60611**
                                                **312-840-7122**
                                                **dwelch@burkelaw.com**